### 17570. BUTT *v.* THE STATE.

BROYLES, C. J. 1. The excerpt from the charge, complained of in ground 5 of the motion for a new trial, when considered in connection with the entire charge, is not error for any reason assigned.

2. Under the facts of the case the failure of the court to charge the law of admissions and confessions was not error, no written request for such a charge having been presented.

3. The remaining special grounds of the motion for a new trial are without substantial merit.

4. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Assault with intent to murder; from Hall superior court—Judge J. B. Jones. June 19, 1926.

*Boyd Sloan, William P. Whelchel,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1002, n. 12; p. 1050, n. 84; p. 1056, n. 20; p. 1180, n. 74.

---

### 17571. SHENSKY *v.* THE STATE.

LUKE, J. A conviction of keeping a lewd house was authorized by the evidence; and, the only ground of the motion for a new trial insisted upon being that "there is no evidence to sustain the verdict," the judgment overruling the motion must be

*Affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Keeping lewd house; from city court of Savannah—Judge Rourke. June 19, 1926.

*Shelby Myrick,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general, Leo A. Morrissy,* contra.

---

Criminal Law, 17 C. J. p. 271, n. 41.
Disorderly Houses, 18 C. J. p. 1271, n. 12.